

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2021

No. 04-21-00445-CV

**IN THE INTEREST OF C.M.C., S.S.J., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02143
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's final order terminating appellant's parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016). Counsel states he has provided copies of the brief and motion to withdraw to appellant and informed appellant of her right to review the record and file her own brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel's letter also enclosed a form to use to request review of the appellate record. If appellant would like a copy of the appellate record, she must file the motion in this court no later than **December 3, 2021**.

If appellant desires to file a pro se brief, we **order** that she do so by **December 23, 2021**. If appellant files a timely pro se brief, appellee may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court. We further **order** the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court.

We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2021.



MICHAEL A. CRUZ, Clerk of Court